GRIFFIN and Another *v.* Cox.

PLEADING.—*Justice of the Peace.*—A complaint filed before a justice of the peace was a promissory note indorsed by the payee, whereby the defendant promised to pay him "one hundred & $\frac{50}{100}$."

*Held*, that this was sufficient as a complaint.

The Indianapolis, Cincinnati, and Lafayette Railroad Company v. Trisler.

SET-OFF.—A set-off in favor of one of two makers of a promissory note, both being principals, pleaded by him in answer to a suit on the note against the makers, is bad on demurrer.

APPEAL from the Boone Circuit Court.

FRAZER, J.—This case originated before a justice of the peace. The complaint filed was a promissory note against the appellants, indorsed by the payee, whereby they promised to pay him "one hundred & $\frac{50}{100}$." The first question is, whether this was sufficient as a complaint. We find no difficulty in solving this inquiry by an affirmative decision. The utmost liberality must, for the purposes of justice, be tolerated in the pleadings before a magistrate's court, else every good purpose intended by the creation of that tribunal will be defeated.

A set-off in favor of one of the makers of the note was pleaded by him, both makers being principals. It was plainly right to sustain a demurrer to it.

The judgment is affirmed, with ten per cent. damages and costs.

*C. C. Nave*, for appellants.

*O. S. Hamilton* and *C. C. Galvin*, for appellee.